✓# 115  # 128905

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 SEP 24 PM 3:09
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: LAIRD, TROY LEE  
      LAIRD, VICTORIA LYNN

Case No. 09-37321

Judge RICHARD L SPEER

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Time Warner Cable | PO Box 0901<br>Carol Stream, IL 60132 | $3.16 |

Check #115 for $3.16 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 9/23/10

cc: Office of the U.S. Trustee